UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
STEPHEN ROSADO,

                              Plaintiff,

      -against-

THE CITY OF NEW YORK,
AND NEW YORK CITY CORRECTION
OFFICERS "JOHN DOE (1) & (2)",
SUED INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITY,

                             Defendants.
---------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07 Civ. 7598 (DC)

      **PLEASE TAKE NOTICE** that **David M. Hazan**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York.[1]

Dated: New York, New York
       September 14, 2007

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                             of the City of New York
                                        Attorney for Defendant City of New York
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-8084

                       By: _/s/ David M. Hazan_
                            David M. Hazan (DH-8611)
                            Assistant Corporation Counsel
                            Special Federal Litigation Division

---

[1] This case has been assigned to Assistant Corporation Counsel Philip Frank, who is presently awaiting admission to the bar and is handling this matter under supervision. Mr. Frank may be reached directly at (212) 788-0893.