USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

STEPHEN ROSADO,

                Plaintiff,

-against-

THE CITY OF NEW YORK, AND NEW YORK CITY
CORRECTION OFFICERS "JOHN DOE (1) & (2), SUED
INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY,

                Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 Civ. 7598 (DC)

    **WHEREAS,** plaintiff Stephen Rosado commenced this action by filing a complaint on or about August 27, 2007, alleging that defendants violated his constitutional rights; and

    **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

    **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

    1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

    2. Defendant City of New York hereby agrees to pay plaintiff Stephen Rosado the sum of **One Thousand Five Hundred Dollars ($1,500.00)** in full satisfaction of all claims, including claims for costs, fees and expenses. In consideration for the payment of this sum, plaintiff Stephen Rosado agrees to dismissal with prejudice of all claims

against defendants, and to release all defendants, and any present or former employees or agents of the City of New York, and the New York City Department of Correction, from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaint in this action, including claims for costs, expenses or attorneys fees.

3.  Plaintiff Stephen Rosado shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above, and an Affidavit of No Liens.

4.  Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.  Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Department of Correction.

6. This Stipulation and Order, comprising three typewritten pages, contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto or to vary the terms and conditions contained herein.

Dated: New York, New York
       December 12, 2007

| | |
|---|---|
| Steven A. Hoffner, Esq.<br>350 Broadway, Suite 1105<br>New York, New York 10013<br>(212) 941-8330 | MICHAEL A. CARDOZO<br>Corporation Counsel<br>  of the City of New York<br>Attorney for Defendant City of New York<br>100 Church Street, Room 3-186<br>New York, N.Y. 10007<br>(212) 788-8084 |
| By: _____<br>   Steven A. Hoffner, Esq. (SH-0585) | By: _____<br>   David M. Hazan (DH-8611)<br>   Assistant Corporation Counsel<br>   Special Federal Litigation Division |

SO ORDERED:

_____
Honorable Denny Chin
United States District Judge, S.D.N.Y.

12/14/07

-3-